## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-62224 |
| | : | |
| GUTRIDGE, KELLI R. | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Charles M. Caldwell |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3.02 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010.  The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems<br>Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131-1605 | 4 | $3.02 |

| | |
|---|---|
| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
| $3.02 | $0.00 |

Dated:  August 24, 2011

/s/ David M. Whittaker
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:      United States Trustee

4767786v1

REMITTED TO COURT

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**108**

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

32-1/1110 TX
0

| DATE | AMOUNT |
|------|--------|
| 08/23/11 | **\*\*\*\*\*\*\*\*\*\*\*3.02** |

2496487

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|-------------|--|-----------|
| 10-62224 | CMC | Debtor: GUTRIDGE, KELLI R. |

Clerk, United States Bankruptcy Court
170 North High Street
Columbus OH 43215

*Three Dollars And 02/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑈000108⑈ ⑆111000012⑆ 4437791768⑈

| Date: 08/23/11 | | Check Number: 108 | | Amount: 3.02 |
|----------------|--|-------------------|--|--------------|

Case Number:  10-62224    CMC
Debtor Name:  GUTRIDGE, KELLI R.

| Paid To: | Clerk, United States Bankruptcy Court
170 North High Street
Columbus OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215 |

Description:  REMITTED TO COURT

Bank Account Number:  4437791768